2009 SEP 15 PM 3: 47

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

FILED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **SACR09-0192** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| MIGUEL CHAVEZ ORTIZ, | |
| Defendant. | |

The United States Attorney charges:

COUNTS ONE THROUGH TWO

[18 U.S.C. § 1343]

A.    THE SCHEME TO DEFRAUD

1.    Beginning on or about July 1, 2007, and continuing to on or about September 8, 2008, in Orange County, within the Central District of California, defendant MIGUEL CHAVEZ ORTIZ knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and to obtain money and



property from his then-employer Corinthian Colleges, Inc. ("CCI")
by means of materially false and fraudulent pretenses,
representations, and promises, and the concealment of material
facts, regarding defendant ORTIZ's embezzlement of money from CCI
through his misuse of a corporate credit card.

2.    Defendant ORTIZ devised the scheme to operate, and the
scheme did operate, as follows:

(a)  At all times relevant herein, defendant ORTIZ was
employed as the President of a campus operated by Corinthian
Colleges, Inc. ("CCI").  In that capacity, defendant ORTIZ
possessed a "Purchasing Card" or "P-Card" to execute purchase
transactions on behalf of, and for the legitimate business
purposes of, CCI.  The P-Card was issued by U.S. Bank in the name
of defendant ORTIZ, but charges made on the P-Card were billed to
CCI pursuant to an agreement between U.S. Bank and CCI.

(b)  Without authorization from CCI and for his own personal
benefit, defendant ORTIZ fraudulently used the CCI P-Card to
purchase debit cards at the Brea Mall.  At the time he purchased
each of the debit cards, defendant ORTIZ had them "loaded" with
credit in amounts of approximately $2,000 to $2,500.  Defendant
ORTIZ would then use the Brea Mall debit cards to make purchases
for various goods and services for the benefit of defendant ORTIZ
and his family, including, without limitation, the following:
(1) he paid home utility bills to the City of Anaheim; (2) he
paid for personal expenses incurred at St. Joseph Medical Center
and an optometrist's office; (3) he paid his daughter's
registration fee at Fullerton College; and (4) he paid insurance
premiums to McGraw Insurance.

1    (c)   In furtherance of the scheme, defendant ORTIZ concealed
2 his fraudulent P-Card charges from CCI in several ways.  First,
3 by purchasing and using the Brea Mall debit cards, defendant
4 ORTIZ prevented other CCI personnel from reviewing and
5 recognizing the personal nature of the expenses being incurred by
6 defendant ORTIZ at CCI's expense.  Second, in corporate records,
7 defendant ORTIZ falsely characterized the Brea Mall debit card
8 charges as legitimate advertizing and marketing expenses incurred
9 for the benefit of the CCI campus that he headed.

10    (d)   CCI suffered actual losses in the aggregate amount of
11 approximately $75,000.00 as a result of defendant ORTIZ's
12 fraudulent scheme.

13 B.   THE ITEMS WIRED

14    3.   On or about the dates set forth below, in Orange
15 County, within the Central District of California, defendant
16 ORTIZ, for the purpose of executing the above-described scheme to
17    / /
18    / /
19    / /
20    / /
21    / /
22    / /
23    / /
24    / /
25    / /
26    / /
27    / /
28    / /

defraud, caused to be transmitted the following items by means of wire and radio communication in interstate commerce:

| COUNT | DATE | ITEM WIRED |
|-------|------|------------|
| 1 | 8/7/08 | $510,873.62 by wire transfer from CCI's account at Union Bank of California to U.S. Bank's account in Minneapolis, MN. |
| 2 | 9/8/08 | $536,520.87 by wire transfer from CCI's account at Union Bank of California to U.S. Bank's account in Minneapolis, MN. |

GEORGE S. CARDONA
Acting United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

JEANNIE M. JOSEPH
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office

ROBERT J. KEENAN
Assistant United States Attorney